UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-3240 (DSD/JFD)

Julie Dalton, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.   **ORDER**

Evereve Incorporated,

    Defendant.

Based upon plaintiff's notice of dismissal, **IT IS HEREBY ORDERED** that all claims between the parties are dismissed with prejudice and without costs or disbursements to any party.

Dated: October 21, 2024

s/David S. Doty
David S. Doty, Judge
United States District Court